[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| IN RE: CHATTANOOGA METROPOLITAN AIRPORT AUTHORITY and CITY OF CHATTANOOGA, TENNESSEE,<br><br>Petitioners. | No. 26-1166 |

**OPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE THE RESPONSE TO PETITION FOR WRIT OF MANDAMUS**

The Federal Aviation Administration (FAA) respectfully requests a thirty-day extension of time in which to file its response to the petition for writ of mandamus, to and including September 30, 2026. Petitioners have indicated that they do not consent, and Intervenor has indicated that it consents to this motion.

1. Petitioners filed a petition for writ of mandamus on June 23, 2026. On July 30, 2026, this Court ordered the FAA to file a response brief by August 31, 2026.

2. The government respectfully requests a thirty-day extension of the deadline in which to file its response brief, to and including September 30,

2026. The government has not previously sought an extension of the deadline.

3. The requested extension is necessary to ensure adequate time to prepare the response. The attorney with primary responsibility for preparing the response in this case is Joshua Koppel. During the period for preparing the brief, Mr. Koppel will be on previously scheduled leave from the office from August 10-31. In addition, he has principal responsibility for several other appellate matters, including *American Federation of Government Employees v. OPM*, No. 25-5875 (9th Cir.) (oral argument scheduled for August 28); *Cali v. Trump*, No. 26-5172 (D.C. Cir.) (opening brief due on September 15); *Ayegman v. Bondi*, No. 25-5360 (D.C. Cir.) (oral argument scheduled for September 28). He also has supervisory responsibility for several other cases, including *SWT Global Supply v. FDA*, No. 21-60762 (5th Cir) (supplemental brief due Aug. 31); *Charlie's Chalk Dust LLC et al v. FDA et al*, No. 26-60320 (5th Cir.) (response brief due Oct. 2).

The attorney with review responsibility in this case is Steven Myers. Mr. Myers is on previously scheduled leave from the office from August 10–17. During the period for preparing the brief, Mr. Myers has supervisory responsibility for several other matters, including *Brotherhood of Maintenance of Way Employes v. Dep't of Transportation*, No. 26-3081 (6th Cir.) (response brief due Aug. 19); *Small Bus in Transp. Coalition Inc v. FMCSA*, No. 25-1290 (D.C. Cir.) (response brief due Sept. 2); *Brightline Trains Florida LLC v. NMB and Transport Workers Union of America*; No. 26-11487 (11th Cir.) (response brief due Sept. 8).

Jaynie Lilley has recently entered an appearance in this case for the period in which Mr. Kopple and Mr. Myers are unavailable. Because she is new to the case, an extension is necessary to allow her adequate time to prepare.

4. Counsel for FAA contacted counsel for petitioners, who did not consent to the motion, and counsel for intervenor State of Tennessee, who consented to this motion.

Respectfully submitted,

STEVEN MYERS
(202) 305-8648
JOSH KOPPEL
(202) 514-4821

/s/ Jaynie Lilley
JAYNIE LILLEY
(202) 514-3542
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Room 7321
Washington, D.C. 20530

AUGUST 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 429 words.

This Motion complies with the typeface and the type style requirements of Federal Rule of Appellate Procedure 27 because this brief has been prepared in a proportionally spaced typeface using Word 14-point Palatino Linotype typeface.

*/s/ Jaynie Lilley*
JAYNIE LILLEY