# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1166** **September Term, 2025**

**FAA-05/19/2026 Takeover Act**

**Filed On:** August 28, 2026

In re: Chattanooga Metropolitan Airport Authority and City of Chattanooga, Tennessee,

Petitioners

------------------------------

State of Tennessee,
Intervenor

**BEFORE:** Wilkins, Walker, and Garcia, Circuit Judges

**O R D E R**

Upon consideration of the motion to extend time and the opposition thereto, it is

**ORDERED** that the motion be granted. The Federal Aviation Administration's response to the mandamus petition is now due September 30, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk