UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 26-1166

**IN RE CHATTANOOGA METROPOLITAN AIRPORT AUTHORITY and THE CITY OF CHATTANOOGA, TENNESSEE,**

Petitioners,

v.

**BRYAN BEDFORD, Administrator of the Federal Aviation Administration, and the FEDERAL AVIATION ADMINISTRATION,**

Respondents.

## NOTION OF WITHDRAWAL OF D. KIRK SHAFFER AS COUNSEL FOR PETITIONERS

Please take notice that D. Kirk Shaffer hereby withdraws as counsel of record for Petitioners Chattanooga Metropolitan Airport Authority and the City of Chattanooga, Tennessee. Petitioners remain represented in this matter by counsel of record John P. Konvalinka and Harry Sandlin Mattice. Accordingly, this withdrawal will not affect the representation of Petitioners or the service of filings in this proceeding. The Clerk is respectfully requested to remove D. Kirk Shaffer from the docket and electronic service list in this matter.

Respectfully submitted,

**D. Kirk Shaffer**
D. Kirk Shaffer, PLLC
2405 Avenue G
Bay City, Texas 77414

(615) 587-4242
kirk@dkirkshaffer.com

Former Counsel for Petitioners

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2026, I filed the foregoing Notice electronically through the Court's CM/ECF system, which will send notice to all registered counsel of record. I further certify that a copy of this Motion was served upon Petitioners Chattanooga Metropolitan Airport Authority and the City of Chattanooga, Tennessee, at their last known addresses and/or designated representatives.

D. Kirk Shaffer