**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

**No. 26-1166**

***In re*** CHATTANOOGA METROPOLITAN AIRPORT AUTHORITY and the CITY OF CHATTANOOGA, TENNESSEE,

*Petitioners,*

v.

BRYAN BEDFORD, Administrator of the Federal Aviation Administration; and the FEDERAL AVIATION ADMINISTRATION,

*Respondents.*

# STATE OF TENNESSEE'S MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO MANDAMUS PETITION

**JONATHAN SKRMETTI**
***Attorney General & Reporter***

**MADELINE W. CLARK**
***Solicitor General***

**JOSHUA DANIEL MINCHIN**
***Assistant Solicitor General***

**Office of the Attorney General**
**Post Office Box 20207**
**Nashville, Tennessee 37202**
**(615) 837-5069**
**Joshua.Minchin@ag.tn.gov**

**Dated: October 6, 2026**

## RULE 26.1 DISCLOSURE STATEMENT

Pursuant to Rule 26.1(a) of the Federal Rules of Appellate Procedure and Circuit Rule 26.1(a), Intervenor State of Tennessee represents that it is a governmental entity.

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

### A. Parties.

The State of Tennessee ("State") files this Motion for Leave to file its Response in Opposition to the City of Chattanooga, Tennessee and the Chattanooga Metropolitan Airport Authority Petition for Writ of Mandamus.

The parties in this case are Petitioners, City of Chattanooga, Tennessee ("City"), and the Chattanooga Metropolitan Airport Authority ("CMAA") (City and CMAA, collectively "Petitioners"), and Respondents, the Federal Aviation Administration ("FAA"), and the FAA's Administrator, Bryan Bedford, who is named solely in his official capacity.

### B. Ruling under Review.

There is no ruling to review. Instead, Petitioners have asked this Court to issue a writ of mandamus to the FAA and its Administrator, requiring them to send a written communication to the State of Tennessee acknowledging that the FAA recognizes and will continue to recognize the now-vacated board of CMAA. (Pet. Writ of Mandamus at 25).

**C. Related Cases**

1. United States Court of Appeals for the District of Columbia Circuit: *Metro. Gov't of Nash. v. Bryan Bedford, Admin. of the Fed. Aviation Admin. and the Fed. Aviation Admin.*, No. 26-1178 (D.C. Cir.).
2. United States District Court for the Middle District of Tennessee: *Metro. Gov't of Nash. and Davidson Cnty. and Metro. Nash. Airport Auth. v. Lee, et al.,* 3:26-cv-00793 (M.D. Tenn.) (Campbell, C.J.).
3. Chancery Court for the State of Tennessee, 11th Judicial District, Hamilton County: *Chattanooga Metro. Airport Auth. and City of Chattanooga, Tenn. v. Lee, et al.*, Case No. 26-0431, Part II (Tenn. Ch. Ct.).

**STATEMENT REGARDING OPPOSITION**

The State contacted counsel for the FAA, Joshua Koppel, on October 5, 2026, who indicated that the FAA does not oppose this Motion for Leave to File Response in Opposition.

The State contacted counsel for the Chattanooga Metropolitan Airport Authority, Sandy Mattice, on October 5, 2026, who indicated the Chattanooga Metropolitan Airport Authority does not oppose this Motion for Leave to File Response in Opposition.

The State contacted counsel for the City of Chattanooga and Chattanooga Metropolitan Airport Authority, John Konvalinka, on October 5, 2026. Mr.

Konvalinka responded on October 6, 2026, that he opposes this Motion for Leave to file Response in Opposition.

## MOTION

Comes now the State of Tennessee, pursuant to D.C. Circuit Rule 21(a), and requests leave to file its Response in Opposition ("Response") to the City of Chattanooga and Chattanooga Metropolitan Airport Authority's Petition for Writ of Mandamus ("Mandamus Petition"), which Response was lodged by the State on September 30, 2026.

On July 30, 2026, this Court ordered the FAA to respond to the Mandamus Petition. (Order, Doc.#2185910.) A week later, on August 7, 2026, this Court granted the State's Motion to Intervene but did not clarify whether the State should also file a response to the Mandamus Petition. (Order, Doc.#2187217.) The FAA was ultimately given until September 30, 2026, to respond to the Mandamus Petition. (Order, Doc.# 2190448.)

Out of an abundance of caution, and in order to ensure its position was preserved, on September 30, 2026, the State lodged its Response in Opposition to the Mandamus Petition. (State Resp. in Opp., Doc.#2195704.) The State now respectfully requests leave for its Response in Opposition to be filed. The State lodged its Response in Opposition to both preserve its position in this matter and to expediate these proceedings. Indeed, the State lodged its Response in Opposition the

same day as the FAA, thereby eliminating the need for any additional time for the State's response. The State's filing therefore does not prejudice these proceedings.

**WHEREFORE,** the State requests this Court grant the State leave to file its previously lodged Response in Opposition.

Respectfully submitted,

JONATHAN SKRMETTI
*Attorney General and Reporter*

MADELINE W. CLARK
*Solicitor General*

s/ Joshua Daniel Minchin
JOSHUA DANIEL MINCHIN
*Assistant Solicitor General*

Office of the Attorney General
Post Office Box 20207
Nashville, Tennessee 37202
(615) 837-5069
Joshua.Minchin@ag.tn.gov

**Dated: October 6, 2026**

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 27(d)(2), I hereby certify that this Motion complies with Fed. R. App. P 27(d)(2)(A) because it was prepared with Times New Roman 14-point font, a proportionally spaced typeface, and because it contains 241 words, according to the word count of Microsoft Word.

s/ Joshua Daniel Minchin
JOSHUA DANIEL MINCHIN
*Assistant Solicitor General*

Office of the Attorney General
Post Office Box 20207
Nashville, Tennessee 37202
(615) 837-5069
Joshua.Minchin@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed and served by operation of the Court's electronic filing system on the 6th day of October, 2026, upon:

GRANT, KONVALINKA & HARRISON, P.C.

John P. Konvalinka TN BPR #001780
633 Chestnut St., Ste. 900
Chattanooga, TN 37450
423-756-8400
jkonvalinka@gkhpc.com

*Counsel for City of Chattanooga & Chattanooga Metropolitan Airport Authority*

THE MATTICE GROUP LLC

Harry Sandlin Mattice
633 Chestnut Street, Suite 820
Chattanooga, TN 374550
423-403-7900
sandy@thematticegroup.com

*Counsel for the Chattanooga Metropolitan Airport Authority*

U.S. DEPARTMENT OF JUSTICE

Josh Koppel
Steven A. Myers
Jaynie Lilley
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave NW
Washington, DC 20530
Telephone: (202) 514-4820
Joshua.M.Koppel@usdoj.gov
Steven.a.myers@usdoj.gov
Jaynie.lilley2@usdog.gov

*Counsel for FAA*

s/ Joshua Daniel Minchin
JOSHUA DANIEL MINCHIN
*Assistant Solicitor General*