**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7212
Washington, DC 20530

Tel: 202-514-4820

VIA CM/ECF

October 14, 2026

Mr. Clifton Cislak
U.S. Court of Appeals for the
District of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

RE: *In re: Chattanooga Metropolitan Airport Authority*, No. 26-1166
(argument not yet scheduled)

Dear Mr. Cislak:

I am counsel for the government respondent in the above-referenced case, and I will be presenting argument for the government, if held. I would like to alert the Court that I am unavailable to present oral argument on April 20 to May 3, 2027, due to a religious holiday (Passover) and pre-planned travel. I would greatly appreciate it if the Court could avoid scheduling oral argument on those dates.

Thank you for your consideration.

Sincerely,

s/ Joshua M. Koppel

Joshua M. Koppel
Attorney, Appellate Staff

cc: counsel (via CM/ECF)